20

FILED IN OPEN COURT
JUN 24 2020
CHARLES R. DIARD, JR
CLERK

GAB

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIM. NO. 20-00089-JB |
| | * | USAO NO. 18R00387 |
| v. | * | |
| | * | VIOLATIONS: 21 USC § 846 |
| VON CLAY BENNETT, JR., | * | 21 USC § 841(a)(1) |
|    aka CLAY, | * | 18 USC § 924(c)(1)(A) |
|    aka CJ, | * | 18 USC § 922(j) |
| MONTESE HARRIS, | * | 18 USC § 922(g)(1) |
|    aka CAKE, | * | |
| CANDICE LANETTE COX, | * | |
|    aka CANDY, | * | |
| BOBBY JOSEPH DWAYNE PALMER, | * | |
|    aka BOBBY WAYNE PALMER, | * | |
| ANTHONY JOSEPH FLOYD, | * | |
|    aka AJ, and | * | |
| MARK WAYNE COOPER, | * | |
|    aka COOP | | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One
### Conspiracy
### Title 21, United States Code, Section 846

From in or about early 2017, continuing through in or about late 2019, in the Southern District of Alabama, Southern Division, the defendants,

VON CLAY BENNETT, JR.,
aka CLAY,
aka CJ,
MONTESE HARRIS,
aka CAKE,
CANDICE LANETTE COX,
aka CANDY,
BOBBY JOSEPH DWAYNE PALMER,
aka BOBBY WAYNE PALMER,
ANTHONY JOSEPH FLOYD,
aka AJ, and
MARK WAYNE COOPER,

**aka COOP,**

did knowingly and intentionally combine, conspire, and agree together and with other persons known and unknown to the Grand Jury, to possess with intent to distribute more than 50 grams of methamphetamine (actual), a Schedule II controlled substance, contrary to Title 21, United States Code, Section 841(a)(1).

In violation of Title 21, United States Code, Section 846 and Title 18, United States Code, Section 2.

The amount of methamphetamine (actual) reasonably attributable to each defendant in the conspiracy exceeds 50 grams; therefore the defendants are subject to the penalty provisions of Title 21, United States Code, Section 841(b)(1)(A).

**Count Two**
**Possession with Intent to Distribute**
**Title 21, United States Code, Section 841(a)(1)**

On or about March 28, 2018, in the Southern District of Alabama, Southern Division, the defendant,

**CANDICE LANETTE COX,**
**aka CANDY,**

did knowingly and willfully possess with intent to distribute approximately 6.1 grams of methamphetamine (actual), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

The amount of methamphetamine (actual) involved in the offense for which the defendant is reasonably accountable exceeds 5 grams; therefore, the defendant is subject to the penalty provisions of Title 21, United States Code, Section 841(b)(1)(B).

## Count Three
## Possession of Stolen Firearm
## Title 18, United States Code, Section 922(j)

On or about May 18, 2018, in the Southern District of Alabama, Southern Division, the defendant,

**VON CLAY BENNETT, JR.,**
**aka CLAY,**
**aka CJ,**

did knowingly receive, possess, and conceal a stolen firearm, namely, a Ruger, model P89, .9mm pistol, serial number 30490832, which had been shipped and transported in interstate commerce, knowing and having reasonable cause to believe the said firearm was stolen.

In violation of Title 18, United States Code, Section 922(j).

## Counts Four through Eighteen
## Possession with Intent to Distribute
## Title 21, United States Code, Section 841(a)(1)

On or about the date listed below for each count, in the Southern District of Alabama, Southern Division, the defendant identified in each count did knowingly and intentionally possess with intent to distribute the amount of methamphetamine (actual), a Schedule II controlled substance, described in each count:

| COUNT | DATE | DEFENDANT | CONTROLLED SUBSTANCE |
|---|---|---|---|
| 4 | 6/14/18 | BOBBY JOSEPH DWAYNE PALMER, aka BOBBY WAYNE PALMER | Approximately 10.61 grams of methamphetamine (actual) |
| 5 | 6/14/18 | VON CLAY BENNETT, JR., aka CLAY, aka CJ, and ANTHONY JOSEPH FLOYD, aka AJ | Approximately 2.62 grams of methamphetamine (actual) |
| 6 | 6/18/18 | CANDICE LANETTE COX, aka CANDY | Approximately 12.6 grams of methamphetamine (actual) |
| 7 | 6/19/18 | CANDICE LANETTE COX, aka CANDY | Approximately 9.56 grams of methamphetamine (actual) |

| 8 | 6/20/18 | BOBBY JOSEPH DWAYNE PALMER, aka BOBBY WAYNE PALMER | Approximately 3 grams of methamphetamine (actual) |
|---|---|---|---|
| 9 | 6/22/18 | ANTHONY J. FLOYD, aka AJ, and CANDICE LANETTE COX, aka CANDY, and VON CLAY BENNETT, JR., aka CLAY, aka CJ | Approximately 14 grams of methamphetamine (actual) |
| 10 | 6/25/18 | MONTESE HARRIS, aka CAKE | Approximately 19.96 grams of methamphetamine (actual) |
| 11 | 6/28/18 | CANDICE LANETTE COX, aka CANDY | Approximately 19.96 grams of methamphetamine (actual) |
| 12 | 6/29/18 | VON CLAY BENNETT, JR., aka CLAY, aka CJ | Approximately 19.7 grams of methamphetamine (actual) |
| 13 | 7/5/18 | CANDICE LANETTE COX, aka CANDY | Approximately 13.74 grams of methamphetamine (actual) |
| 14 | 7/5/18 | VON CLAY BENNETT, JR., aka CLAY, aka CJ | Approximately 19.5 grams of methamphetamine (actual) |
| 15 | 7/10/18 | VON CLAY BENNETT, JR., aka CLAY, aka CJ | Approximately 3.95 grams of methamphetamine (actual) |
| 16 | 7/13/18 | CANDICE LANETTE COX, aka CANDY | Approximately 22.09 grams of methamphetamine (actual) |
| 17 | 7/16/18 | MONTESE HARRIS, aka CAKE, and VON CLAY BENNETT, JR., aka CLAY, aka CJ | Approximately 43.5 grams of methamphetamine (actual) |
| 18 | 7/18/18 | VON CLAY BENNETT, JR., aka CLAY, aka CJ | Approximately 21.48 grams of methamphetamine (actual) |

In violation of Title 21, United States Code, Sections 841(a)(1), and Title 18, United States Code, Section 2.

In **COUNTS FIVE, SEVEN, EIGHT, TEN** through **FOURTEEN**, and **SIXTEEN** through **EIGHTEEN**, the amount of methamphetamine (actual) reasonably attributable to each defendant named in those counts exceeds 5 grams; therefore, the defendants named in those counts are subject to the penalty provision of Title 21, United States Code, Section 841(b)(1)(B).

### Count Nineteen
### Prohibited Person in Possession of Firearm
### Title 18, United States Cde, Section 922(g)

On or about July 18, 2018, in the Southern District of Alabama, Southern Division, the defendant,

**BOBBY JOSEPH DWAYNE PALMER,**
**aka BOBBY WAYNE PALMER,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, to-wit: Unlawful Possession of a Controlled Substance, on June 19, 2015, in the Circuit Court of Baldwin County, Alabama, case number CC2013-567; Unlawful Possession of a Controlled Substance, on March 22, 2018, in the Circuit Court of Baldwin County, Alabama, case number CC2018-000642; did knowingly possess, in and affecting interstate commerce, a firearm, namely, a Jennings, Model J22, .22 caliber pistol, serial number 706680.

In violation of Title 18, United States Code, Section 922(g)(1).

### Count Twenty
### Possession with Intent to Distribute
### Title 21, United States Code, Section 841(a)(1)

On or about July 27, 2018, in the Southern District of Alabama, Southern Division, the defendant,

**CANDICE LANETTE COX,**
**aka CANDY,**

did knowingly and willfully possess with intent to distribute approximately 19.1 grams of methamphetamine (actual), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

The amount of methamphetamine (actual) involved in the offense for which the defendant is reasonably accountable exceeds 5 grams; therefore, the defendant is subject to the penalty provisions of Title 21, United States Code, Section 841(b)(1)(B).

**Count Twenty-One**
**Possession with Intent to Distribute**
**Title 21, United States Code, Section 841(a)(1)**

On or about August 8, 2018, in the Southern District of Alabama, Southern Division, the defendant,

**CANDICE LANETTE COX,**
**aka CANDY, and**
**VON CLAY BENNETT, JR.,**
**aka CLAY,**
**aka CJ,**

did knowingly and willfully possess with intent to distribute approximately 118.2 grams of methamphetamine (actual), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

The amount of methamphetamine involved in the offense for which the defendant is reasonably accountable exceeds 5 grams; therefore, the defendant is subject to the penalty provisions of Title 21, United States Code, Section 841(b)(1)(B).

**Count Twenty-Two**
**Possession with Intent to Distribute**
**Ttile 21, United States Code, Section 841(a)(1)**

On or about August 16, 2018, in the Southern District of Alabama, Southern Division, the defendant,

**VON CLAY BENNETT, JR.,**
**aka CLAY,**
**aka CJ,**

did knowingly and willfully possess with intent to distribute approximately 40.9 grams of methamphetamine (actual), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

The amount of methamphetamine (actual) involved in the offense for which the defendant is reasonably accountable exceeds 5 grams; therefore, the defendant is subject to the penalty provisions of Title 21, United States Code, Section 841(b)(1)(B).

**Count Twenty-Three**
**Possess, Use, and Carry Firearm During Drug Offense**
**Title 18, United States Code, Section 924(c)**

On or about August 16, 2018, in the Southern District of Alabama, Southern Division, the defendant,

**VON CLAY BENNETT, JR.,**
**aka CLAY,**
**aka CJ,**

during and in relation to a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, namely, conspiracy to possess with intent to distribute methamphetamine, a Schedule II controlled substance, a violation of Title 21, United States Code, Section 846, as alleged in Count 1 of this Indictment, did knowingly use and carry

firearms, namely, a Smith & Wesson .357 caliber revolver, serial number CMV8697, a "Hell Pup" AK 47 style pistol, serial number PAC1119274, and a Glock, Model 22C, .40 caliber pistol, serial number NWS906, and in furtherance of the drug trafficking crime, conspiracy to possess with intent to distribute methamphetamine, a Schedule II controlled substance, a violation of Title 21, United States Code, Section 846, as alleged in Count 1 of this Indictment, did knowingly possess firearms, namely, a Smith & Wesson .357 caliber revolver, serial number CMV8697, a "Hell Pup" AK 47 style pistol, serial number PAC1119274, and a Glock, Model 22C, .40 caliber pistol, serial number NWS906.

In violation of Title 18, United States Code, Section 924(c)(1)(A) and 18, United States Code, Section 2.

## Count Twenty-Four
## Possession with Intent to Distribute
## Title 21, United States Code, Section 841(a)(1)

On or about September 12, 2018, in the Southern District of Alabama, Southern Division, the defendant,

**MARK WAYNE COOPER,**
**aka COOP,**

did knowingly and willfully possess with intent to distribute approximately 10.2 grams of methamphetamine (actual), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

The amount of methamphetamine involved in the offense for which the defendant is reasonably accountable exceeds 5 grams; therefore, the defendant is subject to the penalty provisions of Title 21, United States Code, Section 841(b)(1)(B).

## Count Twenty-Five
## Possession with Intent to Distribute
## Title 21, United States Code, Section 841(a)(1)

On or about November 4, 2018, in the Southern District of Alabama, Southern Division, the defendant,

**MARK WAYNE COOPER,**
**aka COOP,**

did knowingly and willfully possess with intent to distribute approximately 17.4 grams of methamphetamine (actual), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

The amount of methamphetamine involved in the offense for which the defendant is reasonably accountable exceeds 5 grams; therefore, the defendant is subject to the penalty provisions of Title 21, United States Code, Section 841(b)(1)(B).

## FORFEITURE NOTICE

In committing one or any of the felony offenses alleged in Counts One, Two, Five through Eighteen, and Twenty through Twenty-Two, and Twenty-Four through Twenty-Five of this Indictment, which are each punishable by imprisonment for more than one year, the defendants,

**VON CLAY BENNETT, JR.,**
**aka CLAY,**
**aka CJ,**
**MONTESE HARRIS,**
**aka CAKE,**
**CANDICE LANETTE COX,**
**aka CANDY,**
**BOBBY JOSEPH DWAYNE PALMER,**
**aka BOBBY WAYNE PALMER,**
**ANTHONY JOSEPH FLOYD,**
**aka AJ, and**

**MARK WAYNE COOPER,**
**aka COOP,**

shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense[s] and any property, used or intended to be used in any manner or part to commit or to facilitate the commission of such violation or violations. The United States is entitled to forfeiture of any such property constituting or derived from any proceeds each defendant obtained, directly or indirectly as the result of such violation; and any such property of any such defendant used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such violation, including but not limited to the following property:

1. One Ruger, model P89, .9mm pistol, serial number 30490832, with magazines and ammunition;

2. One Jennings, Model J22, .22 caliber pistol, serial number 706680, with magazines and ammunition;

3. One Smith & Wesson .357 caliber revolver, serial number CMV8697, with ammunition;

4. One "Hell Pup" AK 47 style pistol, serial number PAC1119274, with magazines and ammunition; and

5. One Glock, Model 22C, .40 caliber pistol, serial number NWS906, with magazines and ammunition.

If any of the property which is subject to forfeiture, as a result of any act of omission of any defendant, cannot be located upon the exercise of due diligence; has been transferred to, sold to, or deposited with a third person; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which

cannot be subdivided without difficulty; by virtue of the commission of Counts One, Two, Five through Eighteen, and Twenty through Twenty-Two and Twenty-Four through Twenty-Five hereinabove by the defendants, any and all interest each defendant has in the above-described property and any substitute property is vested in the United States and is hereby forfeited to the United States.

In accordance with Title 21, United States Code, Section 853.

## FORFEITURE NOTICE

Upon conviction of the offenses alleged in Counts Three, Four, Nineteen, and Twenty-Three of this Indictment, violations of Title 18, United States Code, Sections 922(g)(1), 922(n), 922(j) and 924(c)(1)(A), the defendants,

**VON CLAY BENNETT, JR.,
aka CLAY,
aka CJ, and
BOBBY JOSEPH DWAYNE PALMER,
aka BOBBY WAYNE PALMER,**

shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved or used in the commission of the offenses, including, but not limited to:

1. One Ruger, model P89, .9mm pistol, serial number 30490832, with magazines and ammunition;

2. One Jennings, Model J22, .22 caliber pistol, serial number 706680, with magazines and ammunition;

3. One Smith & Wesson .357 caliber revolver, serial number CMV8697, with ammunition;

4. One "Hell Pup" AK 47 style pistol, serial number PAC1119274, with magazines and

ammunition; and

    5. One Glock, Model 22C, .40 caliber pistol, serial number NWS906, with magazines and ammunition.

In accordance with Title 26, United States Code, Section 5872, Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 924(d).

                      A TRUE BILL

                      _____
                      FOREMAN UNITED STATES GRAND JURY
                      SOUTHERN DISTRICT OF ALABAMA

RICHARD W. MOORE
UNITED STATES ATTORNEY

_____
GLORIA A. BEDWELL
Assistant United States Attorney

_____
SEAN P. COSTELLO
Assistant United States Attorney
Chief, Criminal Division              JUNE 2020