# PENALTY PAGE

**CASE STYLE:** UNITED STATES v. VON CLAY BENNETT, JR., et al.

**DEFENDANTS:** VON CLAY BENNETT JR. (COUNTS 1, 3, 5, 9, 12, 14, 15, 17, 18, 21, 22, 23)
MONTESE HARRIS (COUNTS 1, 10, 17)
CANDICE LANETTE COX (COUNT 1, 2, 6, 7, 9, 11, 13, 16, 20, 21)
BOBBY JOSEPH DWAYNE PALMER (COUNTS 1, 4, 8, 19)
ANTHONY JOSEPH FLOYD (COUNTS 1, 5, 9)
MARK WAYNE COOPER (COUNTS 1, 24, 25)

**USAO NO.:** 18R00387

**AUSA:** Gloria A. Bedwell

**CODE VIOLATIONS:**

**COUNT 1:** 21 USC ' 846, Conspiracy to Possess with Intent to Distribute Methamphetamine

**COUNTS 2, 4-18, 20-22, 24-25:** 21 USC ' 841(a)(1), Possession with Intent to Distribute Methamphetamine

**COUNT 3:** 18 USC § 922(j), Possession of a Stolen Firearm

**COUNT 19:** 18 USC § 922(g)(1), Felon in Possession of a Firearm

**COUNT 23:** 18 USC § 924(c)(1)(A), Using, Carrying, or Possessing a Firearm in Furtherance of or in Relation to a Drug Trafficking Felony

**PENALTIES:**

**COUNTS 1, 21:** 10 yrs to life/$10,000,000 fine/5 yrs to life SRT/$100 SA

**COUNTS 2, 4, 6, 7, 9-14, 16-20, 22, 24-25:** 5 to 40 yrs/$5,000,000 fine/5 yrs to life SRT/$100 SA

**COUNTS 3, 19:**          **10 yrs/$250,000/3 yrs SRT/$100 SA**
                           **(If 18 USC § 924(e) applies, statutory minimum**
                           **mandatory 15 yrs (to life) and 5 yrs SRT)**

**COUNTS 5, 8, 15:**       **20 yrs/$1,000,000 fine/3 yrs to life SRT/$100 SA**

**COUNT 23:**              **Minimum mandatory consecutive 5 yrs to life/$250,000**
                           **fine/5 yr SRT/$100 SA**