IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | Criminal No. 20-00089-JB |
| | * | |
| **MARK WAYNE COOPER** | * | |

**PETITION FOR WRIT OF HABEAS CORPUS**

COMES NOW the undersigned Assistant United States Attorney, who respectfully petitions this Honorable Court for the issuance of a Writ of Habeas Corpus [X] *Ad Prosequendum* [ ] *Ad Testificandum*, as an exigency exists necessitating Detainee's presence for proceedings in the Southern District of Alabama.

Full Name of Detainee: **Mark Wayne Cooper**
Presently Detained at/Custodian:   **Loxley Community Work Center**
                                   **Alabama Department of Corrections**

[X] Detainee charged in with **21 U.S.C. § 846** by: **Indictment**
[ ] Detainee is a witness for the Government for trial and is not otherwise available by ordinary process
[X] Detainee will be retained in federal custody from initial appearance through final disposition of federal charges, and then will be returned to the custody of the detaining facility to resume the sentence currently being served; or
[ ] Detainee will return to the custody of detaining facility upon termination of proceedings.

  *s/Gloria A. Bedwell*
Assistant United States Attorney
Southern District of Alabama

**WRIT OF HABEAS CORPUS**

The above Petition is **GRANTED**.   The above-named custodian of the detaining facility and the United States Marshal for this District are **ORDERED** to produce Detainee in this District, as petitioned above, and to return Detainee to said custodian upon the conclusion of said proceedings.

Date: _____

United States Magistrate Judge