# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 1:20-cr-00089-JB-006 |
| MARK WAYNE COOPER, | ) | DEA |
| a/k/a Coop | ) | 11138566 |
| *Defendant* | | 2003-0629-1238-J |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* MARK WAYNE COOPER, a/k/a Coop, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCE [methamphetamine] (1)

CONTROLLED SUBSTANCE - POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE (24. 25)

Date: 06/29/2020

*Maria Payne*
*Issuing officer's signature* Deputy Clerk

City and state: Mobile, AL

**CHARLES R. DIARD, JR.**
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 6/29/2020, and the person was arrested on *(date)* 9/4/2020
at *(city and state)* WHCAP BALDWIN COUNTY JAIL, AL.

Date: 9/10/2020

*Kristin Montiel*
*Arresting officer's signature*

Kristin Montiel, PSS
*Printed name and title*