## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| | * | |
| | * | **CRIMINAL CASE NO.:** 20-CR-89 |
| vs. | * | |
| | * | |
| | * | |
| **MARK W. COOPER,** | | |
| | * | |
| Defendant. | * | |

### DEFENDANT'S MOTION TO SUPPRESS EVIDENCE AND STATEMENTS

COMES NOW, Defendant, **MARK W. COOPER**, by and through undersigned counsel, and respectfully requests this Honorable Court to suppress the alleged contraband and subsequent statements in relation to the 9/11/18 arrest at Defendant's 15464 Pine Grove Extension, Bay Minette, Alabama residence, on the following grounds:

On or about 9/11/18, the Baldwin County Sheriff's Department Drug Task Force conducted an investigation at 15464 Pine Grove Extension, Bay Minette, Alabama in an attempt to locate the mother of Co-Defendant, Von Clay Bennett, Jr. on active warrants. Upon arrival, the agent came into contact with Defendant, who was a resident at that address.

Defendant has a lifelong alcohol and substance addiction problem. He has a lengthy history of adult DUI and drugs arrests beginning in 1989. His juvenile history is unknown. On 9/11/18, Defendant consumed a large amount of methamphetamine and moonshine liquor prior to his contact with law enforcement. Per the agent reports, Defendant was "extremely manic," and he

openly admitted to using methamphetamine prior to their conversation.  As such, Defendant lacked the mental capacity to consent to searches or to make voluntary statements.

Per reports, Defendant knew Mr. Bennett and allowed agents to step inside the residence. However, due to his extreme intoxication, he lacked capacity to make such a decision. Furthermore, Defendant denies any voluntary action in relation to his contact with the agents.

While inside the residence, the agents allegedly observed two small torn baggie corners on the floor believed to be narcotic contraband.  Due to his behavior, Defendant was searched for weapons, when contraband was discovered on his person.  Subsequently, Defendant allegedly consented to search the residence, both verbally and in writing.  At that time, alleged drug paraphernalia was discovered.  Prior to being placed under arrest, Defendant allegedly made statements with regard to buying and selling narcotics.

Due to Defendant's inability to consent based on his inebriation, any contraband is due to be suppressed as the search violated the 4th Amendment to the United States Constitution by entering his residence and subsequently searching Defendant's person and his home without proper, informed, Constitutional consent.  As a result, any subsequent statements obtained from Defendant were involuntary, were tainted by the unlawful search and were obtained in violation of his Constitutional rights, specifically, in violation of his 5th and 6th Amendment rights.  The seizure in this action was done so without lawful authority or any recognized exception, and the agents exploited circumstances to obtain the evidence.  Therefore, all evidence seized and all statements are due to be suppressed and excluded.

WHEREFORE, Defendant respectfully requests this Honorable Court, after conducting a hearing on the matter, to suppress any alleged evidence obtained as a result of the aforementioned

illegal search by law enforcement, and in addition, suppress all subsequent statements resulting thereof.

                                              */s/ Thomas B. Walsh*
                                              THOMAS B. WALSH (WAL165)
                                              Walshlaw40@gmail.com
                                              Attorney for Defendant

WALSH LAW, LLC
1111 Dauphin Street
Mobile, Alabama  36604
(251) 654-1506

## CERTIFICATE OF SERVICE

I hereby certify that on *12/14/20* the foregoing document was electronically filed with the Clerk of this Court using the CM/ECF system which will send notification of such filing to the following:

    Gloria Bedwell, Esq.
    United States Attorney's Office
    63 South Royal Street
    Mobile, AL  36602

                                              /s/ *Thomas B. Walsh*
                                              COUNSEL