IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| **vs.** | : CRIMINAL NO. 20-00089-JB |
| | : |
| **MARK WAYNE COOPER,** | : |
| | : |
| Defendant. | : |

### ORDER

A pretrial conference was conducted on December 14, 2020 before the undersigned Magistrate Judge. Conference participants included Thomas Walsh, counsel for Mark Wayne Cooper, and Assistant United States Attorney Justin Kopf, who was standing in for Assistant United States Attorney Gloria Bedwell, counsel for the Government.

At the conference, counsel for Mark Wayne Cooper requested a continuance to afford him additional time to resolve this case. Counsel for the Government voiced no opposition to Defendant's one-month continuance request.

Upon consideration, the undersigned concludes that the ends of justice served by continuing this action for one term outweigh the best interests of the public and Defendant in a speedy trial. 18 U.S.C.A. § 3161(h)(7)(A). Counsel for the parties need additional time to resolve this case. The undersigned thus finds that continuing this action for one term is reasonable under the

circumstances. 18 U.S.C.A. §3161(h)(7)(A). Accordingly, the request for a continuance is **granted**. This case is hereby **CONTINUED** to the **February 2021** criminal term. The date for jury selection will be set at the pretrial conference. For purposes of the Speedy Trial Act, any delay resulting from this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

Counsel for Defendant shall file, on or before **December 28, 2020,** a Speedy Trial Waiver executed by the Defendant and his/her counsel. The waiver shall include language which reflects that (A) counsel has discussed the reasons for seeking a continuance with Defendant; (B) Defendant understands that the time requested in the motion to continue trial of this matter will be excluded from any calculations of time under the Speedy Trial Act; and (C) with this understanding and knowledge, Defendant agrees to a continuance of this action to the February trial term.

**DONE** this **14th** day of **December, 2020.**

                                           **/s/ SONJA F. BIVINS**
                                    **UNITED STATES MAGISTRATE JUDGE**