IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| vs. | * CRIMINAL NO. 20-00089-JB |
| MARK WAYNE COOPER, | * |
| Defendant. | * |

## ORDER ON PRETRIAL CONFERENCE

For the reasons set out more fully on the record at the pretrial conference on January 12, 2021, the February trial and the pretrial of Defendant Cooper's case are continued generally and will be reset once matters related to competency have been concluded. (Docs. 123, 25).

ORDERED this 15th day of January, 2021.

s/P. BRADLEY MURRAY
**UNITED STATES MAGISTRATE JUDGE**