**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| | * | |
| | * | **CRIMINAL CASE NO.:** 20-CR-89 |
| **vs.** | * | |
| | * | |
| | * | |
| **MARK W. COOPER,** | | |
| | * | |
| **Defendant.** | * | |

## MOTION TO WITHDRAW

COMES NOW, the undersigned counsel for Defendant, **MARK W. COOPER**, and hereby files this motion to withdraw as counsel as follows:

1. Counsel was appointed via CJA panel after CJA Panel attorney Fred Helmsing, Esq. withdrew.  There is no trial date.

2. As the Court is aware, Defendant previously requested that undersigned counsel withdraw, as he did not believe counsel was working in Defendant's best interest.  A hearing was held regarding same.  Defendant ultimately withdrew the request for new counsel.

3. Since that time, the attorney-client relationship and trust have diminished to the point where they cannot be repaired.  Defendant has repeatedly requested that counsel withdraw.  Moreover, counsel has experienced interference from Defendant's family.

4. As such, Counsel seeks to withdraw.  Without breaching the attorney-client privilege, counsel can further explain, if so needed.

/s/Thomas B. Walsh
THOMAS B. WALSH (WAL165)
Walshlaw40@gmail.com
Attorney for Defendant

WALSH LAW, LLC
1111 Dauphin Street
Mobile, Alabama  36604
(251) 654-1506

CERTIFICATE OF SERVICE

     I hereby certify that on *4/29/21,* the foregoing document was electronically filed with the Clerk of this Court using the CM/ECF system which will send notification of such filing to the following:

     Gloria Bedwell, Esq.
     United States Attorney's Office
     63 South Royal Street
     Mobile, AL  36602

     **Via 1ˢᵗ Class U.S. Mail:**
     Defendant Mark W. Cooper
     Baldwin County Jail
     200 Hand Ave.
     Bay Minette, AL 36507

     /s/ *Thomas B. Walsh*
     COUNSEL