20-cr-89-JB

To: Melanie Paulk, Judge Beaverstock's Court Reporter,

I Mark Wayne Cooper am writing to inform the Court of the following:

1) I have serious concern that Tom Walsh may prejudice his replacement with derogatory comments and biased remarks that may damage the attorney/client relationship and due process. I am asking for the Courts assistance to insure unbiased transition take place. I am also requesting a Gag Order on Tom Walsh and that the Court facilitate transfer of my file from Tom Walsh to the New attorney to limit Mr. Walsh's interaction with the New attorney.

2) I have never waived my Speedy Trial rights even after Mr. Walsh was trying to coerce me into signing a waiver to a Speedy Trial for his own personal gain, and I have a note from Mr. Walsh as proof. Then after I refused to waiver, Mr. Walsh became abusive and uncooperative.

3) Due to ineffective representation, my civil rights claims have not been heard and I am providing Notice to the Court that my protections under the 4th, 5th, 6th, 9th and 14th Amendments of the United States Constitution have been violated.

4) The motions that Mr. Walsh filed were done without my knowledge or approval and I would like to file a Notice of Withdrawl of Pleadings for the Suppression Motions

without prejudice to future motions of the same, so they be refiled correctly by New counsel.

Respectfully, Mark Cooper 4-30-21

Mark Wayne Cooper #010836 T2
200 Hand Ave
Bay Minette, AL
36507



MOBILE AL 366
3 MAY 2021 PM 2 L

Melanie Paulk, Judge Beaverstocks Court Clerk
Federal Court House
155 St. Joeseph St.
Mobile, Al 36602

36602-391455