# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA

UNITED STATES OF AMERICA

v.

Criminal No. 20-CR-89

MARK COOPER

## WAIVER OF RIGHT TO A SPEEDY TRIAL

I understand that I have the right to have my trial commence within the time required by the Speedy Trial Act, 18 U.S.C. § § 3161-3174, but have elected to have that time period extended.

I, being fully advised of my rights regarding a speedy trial, knowingly, intelligently and voluntarily waive (GIVE UP) my right to a speedy trial. This decision has been made after I:

(A) was advised by my attorney of the reasons for seeking a continuance;

(B) became aware that the time requested in the extension may be excluded from any calculation of time under the Speedy Trial Act; and

(C) with full understanding and knowledge, have agreed to the extension of time that has been requested.

I certify under the penalty of perjury that the foregoing is true and correct on this the 29th day of October, 2021.

_Mark Cooper_
Mark Cooper

APPROVED BY:

_Michael Hickman_  10/29/2021
Michael Hickman
Attorney for Defendant ~~Savanna Dixon~~
207 Church Street
Mobile, Alabama 36602
251-300-4333
Michael.Hickman.Lawyer@gmail.com

## CERTIFICATE OF SERVICE

      I do hereby certify that a true and correct copy of the foregoing was served this the 9th day of November, 2021 upon all counsel of record by electronically filing the foregoing with Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/Michael Hickman*