```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF ALABAMA
                         SOUTHERN DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| vs. | *   CRIMINAL NO. 20-00089-JB |
| | * |
| MARK WAYNE COOPER, | * |
| | * |
| Defendant. | * |

## ORDER

A follow-up pretrial conference was conducted in this matter on December 21, 2021. Conference participants included Michael Hickman, counsel for Defendant Mark Wayne Cooper, and Gloria Bedwell, counsel for the Government. At the conference, counsel for the parties advised that a continuance is necessary to afford time for Defendant to explore his options once his motion to suppress is resolved.

Upon consideration, the undersigned concludes that the ends of justice served by continuing this action for another term outweigh the best interests of the public and Defendant in a speedy trial. 18 U.S.C.A. § 3161(h)(7)(A). Accordingly, the request for a continuance is **GRANTED. This case is hereby CONTINUED to the February 2022 criminal term**. The date for jury selection will be set at the pretrial conference. For purposes of the Speedy Trial Act, any delay resulting from this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

Counsel for Defendant shall file, on or before **December 28,**

**2021,** a Speedy Trial Waiver executed by the Defendant and his/her counsel.  The waiver shall include language which reflects that (A) counsel has discussed the reasons for seeking a continuance with Defendant; (B) Defendant understands that the time requested in the motion to continue trial of this matter will be excluded from any calculations of time under the Speedy Trial Act; and (C) with this understanding and knowledge, Defendant agrees to a continuance of this action to the **February, 2022** trial term.

The Clerk is directed to refer this case to Magistrate Judge Bradley Murray.

**DONE** this **21st** day of **December, 2021.**

                                            **/s/ SONJA F. BIVINS**
                                      **UNITED STATES MAGISTRATE JUDGE**